IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ASHLEY STORCK,

                Plaintiff,

v.

  REGINALD C. SANDERS and
  TITUS TRANSPORT HOLDINGS,
  LLC,

                Defendants.

Case No. 23-cv-3773 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice and each party to bear its own costs.

**Dated:** 1/27/2025          **MONICA A. STUMP, Clerk of Court**

                               **s/ Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**